HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
KAREN R. WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00364 BAM-1 |
| Plaintiff, | STIPULATION TO CONTINUE ARRAIGNMENT/CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| KAREN WASHINGTON, | DATE: November 7, 2013 |
| Defendant. | TIME:   10:00 a.m. |
| | JUDGE: Hon. Gary S. Austin |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Ian P. Whitney, counsel for plaintiff, and Assistant Federal Defender, Janet Bateman, counsel for defendant, Karen Washington, that the arraignment/change of plea hearing set for October 31, 2013 before Magistrate Judge Gary S. Austin, **may be rescheduled to November 7, 2013.**

Defense counsel is scheduled to be out of the office on October 31, 2013, the date of the hearing.  A short continuance is requested to allow for continuity of counsel.  AUSA, Ian Whitney, has no objection.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  October 21, 2013

                            BENJAMIN B. WAGNER
                            United States Attorney

                            */s/ Ian Whitney*
                            IAN PATRICK WHITNEY
                            Assistant United States Attorney
                            Attorney for Plaintiff

Dated:  October 21, 2013

                            HEATHER E. WILLIAMS
                            Federal Defender

                            */s/ Janet Bateman*
                            JANET BATEMAN
                            Assistant Federal Defender
                            Attorney for Defendant
                            KAREN WASHINGTON

**O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   **October 21, 2013**                    **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE