HEATHER E. WILLIAMS, CA #122664
Federal Defender
ANDRAS FARKAS, CA Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KAREN R. WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:13-CR-00364 |
|---|---|---|
| Plaintiff, | ) ) | JOINT MOTION AND ORDER TO MODIFY CONDITION OF PROBATION PURSUANT |
| vs. | ) ) | TO 18 U.S.C. §_ 3563(c) |
| KAREN R. WASHINGTON, | ) ) | DATE: October 16, 2014 TIME   10:00 a.m. |
| Defendant. | ) ) ) | CRT:   Mag. Judge Stanley A. Boone |

The parties hereto, through their respective counsel, BRIAN A. FOGERTY, Special Assistant United States Attorney, counsel for plaintiff, and ANFRAS FARKAS, Assistant Federal Defender, counsel for Defendant, KAREN R. WASHINGTON, hereby move pursuant to 18 U.S.C. § 3563(c) to modify a condition of the Defendant's probation.

The Defendant was sentenced by this court on November 7, 2013 to pay a fine and assessment of $250.00 and $25.00, respectively, restitution in the amount of $7,829.75, obey all laws and 12 months of unsupervised probation.

The parties stipulate that the Defendant's special conditions of unsupervised probation be modified as follows as to the fine only:

The parties request that the $150.00 of the fine imposed by the Court be converted to 15 hours of community service.

///

The reason for this request is that Defendant is currently unemployed and has no means to fulfill her obligation.

WHEREFORE, the parties request that the Defendant's special condition of probation be modified pursuant to 18 U.S.C. § 3563(c).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: August 25, 2014         /s/ *Brian A. Fogerty*
                               BRIAN A. FOGERTY
                               Special Assistant U.S. Attorney
                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated: August 25, 2014         /s/ *Andras Farkas*
                               ANDRAS FARKAS
                               Assistant Federal Defender
                               Attorneys for Defendant
                               KAREN WASHINGTON

## ORDER

Pursuant to the motion of the parties to modify the Defendant's conditions of probation, the Court hereby modifies under 18 U.S.C. § 3563(c) the Defendant's conditions of probation as follows: That $150.00 of the fine imposed by the Court be converted to 15 hours of community service.

All other conditions of probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **August 27, 2014**

UNITED STATES MAGISTRATE JUDGE